IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:21-CV-136 |
| SUE NELL DYKSTRA, NICOLE ERRIN DYKSTRA, ELIZABETH HOLLY DYKSTRA, and AMERICAN FUNERAL FINANCIAL, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff-in-Interpleader State Farm Life Insurance Company's ("State Farm Life") Consent Motion for Discharge, Dismissal, and Permanent Injunction (the "Motion"). Dkt. No. 19. Having considered all matters of record, and for good cause shown, the Motion is **GRANTED.** Accordingly, **IT IS HEREBY ORDERED**:

    a) That State Farm Life is **DISCHARGED** from all further liability under Life Insurance Policy No. LF-2671-5879 (the "Life Insurance Policy") beyond those monies deposited into the Court's Registry in

the amount of $1,032,468.04 (the "Life Insurance Proceeds"), which represent the life insurance proceeds, plus all accrued interest, payable under the Life Insurance Policy by reason of the death of Jerry Edwin Dykstra (the "Decedent");

b) That State Farm Life is **DISMISSED WITH PREJUDICE** from this action; and

c) That Defendants Sue Nell Dykstra, Nicole Errin Dykstra, Elizabeth Holly Dykstra, and American Funeral Financial, LLC are **PERMANENTLY ENJOINED** and restrained from initiating any other action against State Farm Life for recovery of the Life Insurance Proceeds payable under the Life Insurance Policy by reason of the death of the Decedent.

**SO ORDERED**, this 19 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA