AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiff,

    v.

SUE NELL DYKSTRA, NICOLE ERRIN DYKSTRA, ELIZABETH HOLLY DYKSTRA, and AMERICAN FUNERAL FINANCIAL, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:21-CV-136

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered November 4, 2022, default judgment is hereby entered against Defendant American Funeral Financial.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

November 7, 2022
Date

John E. Triplett
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03